| | |
|---|---|
| 1 | LARA R. SHAPIRO (State Bar No. 227194) |
| 2 | 4145 Via Marina # 324 |
| | Marina del Rey, CA 90292 |
| 3 | Telephone: (310) 577-0870 |
| 4 | Facsimile: (424) 228-5351 |
| | Shapiro.lara@gmail.com |
| 5 | |
| 6 | Attorney for Plaintiff, |
| 7 | Kim Streater |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| KIM STREATER, | Case No.: 3:11-cv-03674-JSC |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS PURSUANT TO Civil L.R. 5 |
| vs. | |
| DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1-10, inclusive, | DATE SERVED: 9/16/2011<br>DATE ANSWER DUE: 10/6/2011<br>NEW ANSWER DATE: 11/5/2011 |
| Defendants. | |

WHEREAS, the Complaint in the above-captioned matter was filed on July 29, 2011.

WHEREAS, the Complaint was served on September 16, 2011.

WHEREAS, the parties have agreed to an extension of time for Defendant to answer, object, or otherwise plead to the Complaint up to and including November 5, 2011.

WHEREAS, Plaintiff's counsel and Defendant's counsel are engaged in informal discovery and settlement negotiations and would like to continue negotiations prior to Defendant filing its Answer.

IT IS HEREBY STIPULATED between the parties, by and through their counsel of record, that Defendant's time to answer, object or otherwise plead to the Complaint in the above-referenced Civil Action shall be extended up to and including November 5, 2011.

Dated: October 6, 2011

LARA SHAPIRO

By: /s/ Lara R. Shapiro
Lara R. Shapiro

Attorney for Plaintiff
Kim Streater

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD

By: /s/ Candice L. Fields
Candice L. Fields
Attorneys for Defendant Diversified Collection Services, Inc.

Dated: October 7, 2011

**GRANTED**
*Jacqueline S. Corley*
Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:11-cv-03674-JSC — Stip. to Ext. Time to Answer